## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM ENT** | : | |
| | : | **CIVIL ACTION – LAW** |
| **PLAINTIFFS,** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **v.** | : | |
| | : | **NO.  3:23-cv-00170** |
| **BARRON   GLEZ   TRUCKING, INC.** | : | |
| | : | |
| **DEFENDANTS.** | : | |
| | : | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(ii).


Respectfully submitted:

_____
Brian C. Corcoran, Esquire
Counsel for the Plaintiff